UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TECH-TRONIX, INC.,

    CASE NO.
    Judge
    Magistrate **03 - 20134**

  Plaintiff,

vs.

            CIV-SEITZ
            MAGISTRATE JUDGE
DENNY HECKER AUTO GROUP, a      BANDSTRA
Minnesota corporation, MICHAEL MILLER,
MICHAEL NICHOLS, NICHOLS MEDIA
CONSULTANTS, Inc., a South Dakota corporation,

  Defendants.
_____/

## COMPLAINT

Plaintiff, Tech-Tronix, Inc., an Antigua corporation, by and through its undersigned attorneys, hereby files its complaint against Defendants, Denny Hecker Auto Group, a Minnesota corporation, Michael Miller, Michael Nichols and Nichols Media Consultants, Inc. and alleges:

### PARTIES

1. Plaintiff, Tech Tronix, is a corporation organized under the laws of Antigua, and maintains its principal office in Miami-Dade County, Florida.

2. Defendant, Denny Hecker Auto Group, is upon information and belief, a corporation licensed under the laws of Minnesota and is conducting business in the State of Minnesota and conducted business with Tech-Tronix in the State of Florida.



3. Defendant, Michael Miller, is an individual and upon information and belief, is a resident of the State of Minnesota and at all times material hereto, conducted business with Tech Tronix in Miami-Dade County, Florida.

4. Defendant, Nichols Media Consultants, Inc. is, upon information and belief, a South Dakota corporation and at all times material hereto, unlawfully reproduced copyrighted material and further conducted business with the Denny Hecker Auto Group.

5. Defendant, Michael Nichols, is an individual who, upon information and belief, unlawfully reproduced copyrighted material and further conducted business with the Denny Hecker Auto Group.

6. Plaintiff, Tech Tronix, and Defendants Denny Hecker and Miller, are citizens of different states, Florida and Minnesota respectively and Defendant Michael Nichols and Nichols Media Consultants, Inc. are citizens of South Dakota.

## JURISDICTION AND VENUE

7. This court has original jurisdiction of the action pursuant to 28 U.S.C. Section 1333 (8) inasmuch as it is a civil action arising under the United States Copyright Act, United States Code Title 17, Sections 101 *et. seq.*, in a breach of an agreement consenting the jurisdiction in United States District Court, Southern District of Florida.

8. Venue is proper pursuant to 28 U.S.C. Section 1391 inasmuch as Defendants have transacted business with the Plaintiff in the State of Florida and the acts and omissions of Defendant occurred in the State of Florida in this district, together with the agreement executed by Michael Miller consenting to venue in the United States District Court, Southern District of Florida.

## GENERAL ALLEGATIONS

9. Plaintiff is engaged in the business of producing informational audio/video taped commercials related to the sale and credit sales of automobiles under the trade name "Tech-Tronix." It is the lawful assignee and licensee of the copyrighted material that is the subject matter of this action. On or about February 10, 1997, Plaintiff as assignee of Rachelle Sanborn, complied, in all respects, with the copyright laws of the United States and all other laws thereof governing copyrights and secured the exclusive rights and privileges in and to the informational commercial ("infomercial") identified as the Auto Credit 2000 Infomercial.

10. Plaintiff, as assignee of Rachelle Sanborn, received from the Register of Copyrights, a Certificate of Registration dated effective February 10, 1997 and attached hereto and incorporated herein as Exhibit "A." Plaintiff has been and still is the proprietor of all rights, title and interest in and to the above copyright.

11. On or about October 19, 1998, Plaintiff, as assignee of Rachelle Sanborn, complied, in all respects, with the copyright laws of the United States and all other laws thereof governing copyrights, and secured the exclusive rights and privileges in and to the infomercial identified as "National Credit Drive."

12. Plaintiff, as assignee of Rachelle Sanborn, received from the Register of Copyrights a Certificate of Registration, with an effective date of October 19, 1998 and attached hereto and incorporated herein as Exhibit "B." Plaintiff has been and still is the proprietor of all rights, title and interest in and to the above copyright.

13. The infomercials identified above contain a large amount of material wholly original with the Plaintiff, which includes video production and written scripts for

text. At all times material hereto, the Auto Credit 2000 infomercial has been published, broadcast and telecast on behalf of Plaintiff's customers throughout the United States.

14.     Since October 19, 1998 and at all times material hereto, Plaintiff has published, broadcast and telecast the infomercial "National Credit Drive" for its customers throughout the United States. Since October 19, 1998, Plaintiff has been and still is the sole proprietor of all rights, title and interest in and to the copyright for the infomercial "National Credit Drive."

15.     On or about July 18, 1998, Michael Miller, individually and as authorized agent of Denny Hecker Auto Group, entered into an agreement with Plaintiff d/b/a Tech-Tronix, Inc., for the use and production of the National Credit Drive infomercial to be broadcast through Minneapolis, Minnesota television market.

16.     After October 19, 1998, Defendants Michael Miller, Denny Hecker Auto Group, Michael Nichols and Nichols Media Consultants, Inc. infringed the copyright held by Plaintiff producing, broadcasting and telecasting upon the United States national media market an infomercial identical to the National Credit Drive infomercial entitled "Keys to Financial Freedom." A copy of the Plaintiff's copyright National Credit Drive infomercial is attached hereto and incorporated herein as Exhibit "1." A copy of the Defendants infringing infomercial entitled "Keys to Financial Freedom" is attached hereto and incorporated herein as Exhibit "2." Both exhibits are in VHS format.

17.     Plaintiff discovered the violations on or about February 10, 2000. Prior to the commencement of this action, Plaintiff notified Defendants that Defendants have infringed the copyright of the Plaintiff. A copy of Plaintiff's demand dated April 14,

4

2000 is attached hereto and incorporated herein as Exhibit "C." Despite demand, Defendants have failed and refused to cease and desist infringing on the copyright.

18.  At all times material hereto, and continuously since through the present date, Defendants have been producing, selling, marketing, broadcasting and telecasting its infomercials patterned after the copyrighted National Credit Drive, all in violation of Plaintiff's copyright.

19.  Plaintiff has performed all conditions precedent and necessary for the maintenance of this action.

20.  Plaintiff has retained the undersigned attorneys to represent it in this matter and is entitled to reimbursement of its attorney fees and costs pursuant to 17 U.S.C. Section 101 *et. seq*.

## COUNT I – INJUNCTIVE RELIEF

21.  This is an action to enjoin infringement of a copyright.

22.  Plaintiff readopts and realleges its allegations contained in paragraphs 1 through 20 above as though fully set forth herein.

23.  At all times material hereto, Defendants had produced, sold, marketed, broadcast and telecast infomercials reproduced largely from Plaintiff's copyrighted infomercial known as "National Credit Drive" and "Auto Credit 2000."

24.  As a result of the acts and omissions of the Defendants herein, Plaintiff has suffered and will continue to suffer irreparable harm and damage.

WHEREFORE, Plaintiff demands:

a.  That Defendants, agents and representatives, be enjoined during the pendency of this action and permanently from infringing the copyright of Plaintiff in

5

any manner and from publishing, producing, selling, marketing, telecasting, broadcasting or otherwise disposing of any copies of the infomercials known as the "Keys Financial Freedom" or other infomercials similarly produced and marketed;

   b. That Defendants be required to pay Plaintiff such damages that Plaintiff has sustained in consequence of Defendants' infringement of copyright;

   c. That Defendants account for all gains, profits and advantages derived by Defendants by their infringement of Plaintiff's copyright, or such other damages that the court deems just and proper in the provisions of the United States copyright laws, but not less than $100,000.00;

   d. Defendants be required to deliver all copies of infomercials in their possession or under their control infringing the copyright, including but not limited to all customer lists that have been sold said infomercials;

   e. That the Defendants pay Plaintiff its costs of this action and reasonable attorney fees; and

   f. Any other relief that this court deems just and proper.

## COUNT II – UNFAIR COMPETITION DAMAGES

25. This is a cause of action for damages in excess of $100,000.00.

26. Plaintiff reavers and realleges its allegations contained in paragraphs 1 through 6 above as though fully rewritten herein.

27. Prior to 1997, Plaintiff went to great expense and effort in developing and designing infomercials entitled "Auto Credit 2000" and "National Credit Drive."

28. These infomercials created, written and produced by the Plaintiff, create a unique opportunity for automobile dealers and trades people to sell and market automobiles to consumers to be sold on credit.

29. Plaintiff has produced and sold its copyrighted infomercials, which has specifically adapted to the name and location of the dealer, but in all other respects filed the same format identity and marketing pattern copyrighted by Plaintiff. Since 1997, Plaintiff developed a strong national base of customers inasmuch as its copyrighted infomercials greatly aid in the sale of automobiles to consumers using credit.

30. As a result of Plaintiff's expenditure of money, skill and efforts in the development of its copyrighted infomercials, Plaintiff's infomercials have acquired a substantial market value in the infomercial and automobile trade.

31. Defendants' copy of the copyrighted design as identified in Exhibit "1" attached hereto and incorporated herein, is unmistakably from Plaintiff's infomercial attached hereto and incorporated herein as Exhibit "2."

32. Defendants, by their acts, have taken advantage of the knowledge and skill of the Plaintiff and the good will developed by Plaintiff and have capitalized on the market created by Plaintiff for its infomercials.

33. By copying and offering either at no cost demo or for sale its copy of the copyrighted infomercials, at the very same time Plaintiff was selling its original infomercials, Defendants have created and taken advantage of the confusion of the infomercials in the trade and in the public mind to reach profit at the Plaintiff's damage.

34. The acts of Defendants in publishing, producing, marketing, telecasting and broadcasting largely similar infomercials of the Plaintiff's copyrighted infomercial,

constitutes an equitable conduct, unfair trade practices and unfair competition and that Defendants have misappropriated Plaintiff's good will and the benefits of Plaintiff's skill and expenditures in the development and promotion of the distinctive infomercials. Consequently, Defendants have caused Plaintiff damages and said damages will continue so long as Defendants continue to market the copied infomercials.

WHEREFORE, Plaintiff demands that this court enter a judgment for damages against Defendants for each copyright violation pursuant to 17 USC Section 101, et seq, and other applicable laws, costs of this action and reasonable attorney fees, and for such other and further relief that this court deems just and proper.

## COUNT III – ACCOUNTING

35. This is an action for an accounting.

36. Plaintiff realleges and reavers its allegations contained in paragraphs 1 through 6 as though fully rewritten herein.

37. Defendants have produced, sold and marketed infomercials copies from the Plaintiff's copyrighted infomercials known as Auto Credit 2000 and National Credit Drive, causing Plaintiff damages.

38. For every violation of the copyright by Defendants, Plaintiff is entitled to damages including but not limited to lost profits, loss of good will, diminution of value, dilution and over-saturation of the copyrighted design in the trade.

39. Pursuant to United States copyright laws and a result of the acts and omissions of the Defendants, Plaintiff is entitled to know of each and every violation and of all sales currently infringing infomercials performed by the Defendants. Defendants have never rendered a complete accounting of the violations that have occurred nor of the

sales or the delivery of free copies of infringing infomercials performed by Defendants. Plaintiff has no adequate remedy at law governing an accounting.

WHEREFORE, Plaintiff demands judgment as follows:

  a. Defendants be directed to account to Plaintiff for all funds and property received by Defendants related to the sale of infringing infomercials;

  b. Defendants be required to account for all of its acts and doings in connection with the production of infringing infomercials;

  c. Plaintiff have judgment against the Defendants jointly and severally for any sum or balance found to be due from Defendants; and

  d. Plaintiff be granted such other and further relief that this court deems just and proper.

Dated: January 21, 2003.

                 _____
                 Michael W. Simon, Esq.
                 Florida Bar No. 776394
                 Simon Sigalos & Spyredes
                 120 E. Palmetto Park Road, Suite 100
                 Boca Raton, Florida 33432
                 (561) 447-0017

G:\Clients\Sanborn\HeckerGroup\Pleadings\complaint.doc

FROM : Christopher Ad Group        PHONE NO. : 305 663 9262        Apr. 26 2000 01:50PM P3

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 847-897**

EFFECTIVE DATE OF REGISTRATION

Feb 10 1997
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼

AUTO CREDIT 2000

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Informational commercial audio/video tape

---

**2**  NAME OF AUTHOR ▼

a  Rachelle Sanborn

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1965

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     { Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Entire work

NAME OF AUTHOR ▼

b

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1996  ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ August   Day ▶ 10   Year ▶ 1996
U.S.A.

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Rachelle Sanborn
5900 S.W. 95th Street
Miami, Florida 33156

APPLICATION RECEIVED
Feb 10 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
Feb 10 1997

MORE ON BACK ▶

FROM : Christopher Ad Group    PHONE NO. : 305 668 9262    Apr. 26 2000 01:51PM P4

FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX            TXU

EFFECTIVE DATE OF REGISTRATION

Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

AUTO CREDIT 2000

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2 a** NAME OF AUTHOR ▼
Rachelle Sanborn

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1965

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Transcript for informational commercial

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given
1996

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK    Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 10   Year ▶ 1996
U.S.A.

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Rachelle Sanborn
5900 S.W. 96th Street
Miami, FL 33156

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 4-866-905**

EFFECTIVE DATE OF REGISTRATION

10 / 19 / 98
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
NATIONAL CREDIT DRIVE

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
Rachelle Sanborn

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1965

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     { Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ April   Day ▶ 15   Year ▶ 1998
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Rachelle Sanborn
5900 S.W. 96 Street
Miami, FL 33156

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT. 19 1998
ONE DEPOSIT RECEIVED
OCT 19 1998
TWO DEPOSITS RECEIVED

10/19/98
FUNDS RECEIVED

MORE ON BACK ▶  • Complete all applicable spaces ... of this page.
                • See detailed instructions.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY TAM

CHECKED BY BB

☐ CORRESPONDENCE
  Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                 Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Robert M. Downey, Esq.
ROBERT M. DOWNEY, P.A.
701 Brickell Avenue, Suite 1480
Miami, Florida  33131
Area Code & Telephone Number ▶ (305) 374-7004

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __Rachelle Sanborn__

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert M. Downey                                           date ▶ 2/3/97

Handwritten signature (X) ▼ _[signature]_

MAIL CERTIFICATE TO
Name ▼
Robert M. Downey, Esq.
ROBERT M. DOWNEY, P.A.
Number/Street/Apartment Number ▼
701 Brickell Avenue, Suite 1480
City/State/Zip ▼
Miami, Florida  33131

Certificate will be mailed in window envelope

# SIMON, SIGALOS & SPYREDES

PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
THE SANCTUARY CENTRE
4800 NORTH FEDERAL HGHWAY
SUITE 100-D
BOCA RATON, FLORIDA 33431

MICHAEL W. SIMON
GEORGE L. SIGALOS
ANASTASIOS TOM SPYREDES

TELEPHONE (561) 447-0017
FACSIMILE (561) 447-0018

April 14, 2000

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED and
VIA REGULAR U.S. MAIL

Denny Hecker Group Corporate
Attn: Denny Hecker
500 Ford Road
Minneapolis, Minnesota 55426

Automotive Credit Superstore
Attn: Michael Miller
2767 Long Lake Road
Roseville, Minnesota 55113

### NOTICE TO CEASE and DESIST FROM VIOLATION OF COPYRIGHT

Dear Mr. Hecker and Mr. Miller:

This firm has been retained by Tech-Tronix, Inc., ("Tech-Tronix") with regard to its rights to protect its trademarks, service marks and copyrighting materials.

As you should know, Tech-Tronix owns the right to an informational commercial entitled "National Credit Drive." This work contains a large amount of wholly original material and is copyrighted subject matter under Title 17 of the United States Code. Tech-Tronix complies in all respects with the laws governing copyright and has secured exclusive rights and privileges in and to the copyright of said work. The material is proprietary to Tech-Tronix and protected under the United States copyright laws.

It is understood that you, individually or in conjunction with other persons or entities, infringed on copyright by producing and broadcasting a very similar version of the National Credit Drive entitled "The Keys to Financial Freedom."

In addition, it is also demanded that you immediately CEASE and DESIST from any further production, broadcasting and use of our clients' National Credit Drive or Keys to Financial Freedom informational commercials until payment for the outstanding commissions is received and an agreement regarding placement of media by Christopher Ad Group ("CAG") in the future is executed.



Denny Hecker
Michael Miller
Page Two

    If you comply with the foregoing demands, we will consider the matter resolved and a business relationship with our clients in the future will be possible. Otherwise, our clients will move to institute litigation against you to obtain relief from your unlawful activities. Relief that shall be sought will be in the form of a preliminary injunction enjoining you, and all those in association with you, from continuing infringement. In addition, our clients will seek recovery of all costs incurred as a result of such litigation, and compensation for damages, along with an award of attorney fees. Criminal prosecution under U.S. Copyright Law may also be applicable.

    We anticipate your immediate compliance and await your response.

PLEASE GOVERN YOURSELF ACCORDINGLY.

Very truly yours,

Michael W. Simon

MWS:smm
cc: Tech-Tronix, Inc.
    Christopher Ad Group
    Denny Hecker Group Corporate
    Mike Nichols - Nichols Advertising
    Michael Miller - Auto Credit Superstore
    KMSP - Channel 9 - General Manager
    WCCO - Channel 4 - General Manager
    WFTC - Channel 29 - General Manager
    KARE - Channel 11 - General Manager
    KCCO - Channel 7 - General Manager
    KMWB - Channel 23 - General Manager
    KPXM - Channel 41 - General Manager
    KSTP - Channel 5 - General Manager

G:\Clients\Sanborn\Copyright\Correspondence\HeckerLetter

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

03 - 20134
CIV - SEITZ

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

TECH-TRONIX, INC.

**DEFENDANTS**

DENNY HECKER AUTO GROUP, a Minnesota corporation, MICHAEL MILLER, MICHAEL NICHOLS, NICHOLS MEDIA CONSULTANTS, INC., a South Dakota corp.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Minnesota
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

MAGISTRATE JUDGE BANDSTRA

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Michael W. Simon, Esq. (561) 447-0017
Simon Sigalos & Spyredes, PA
120 East Palmetto Park Rd., Suite 100,
Boca Raton, Florida 33432

**ATTORNEYS (IF KNOWN)**

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans Excl. Veterans | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **A LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability |  | ☐ 710 Fair Labor Standards Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury |  | ☐ 720 Labor/Mgmt. Relations | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  |  |  | ☐ 892 Economic Stabilization Act |
|  |  |  | **B SOCIAL SECURITY** | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 861 HIA (1395ff) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 862 Black Lung (923) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 864 SSID Title XVI | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land |  | ☐ 535 Death Penalty | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | **FEDERAL TAX SUITS** | A OR B |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |  | ☐ 555 Prison Condition | ☐ 871 IRS — Third Party 26 USC 7609 |  |
| ☐ 740 Railway Labor Act |  |  |  |  |
| ☐ 790 Other Labor Litigation |  |  |  |  |
| ☐ 791 Empl. Ret. Inc. Security Act |  |  |  |  |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 USC 1338(B) Title 17 USC Copyright violations and damages, accounting & injunctive relief.

LENGTH OF TRIAL
via _____ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ 100,000

CHECK YES only if demanded in complaint.
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 5/15/02

SIGNATURE OF ATTORNEY OF RECORD
Michael W. Simon  FBN# 776394

**FOR OFFICE USE ONLY**

RECEIPT # 717583  AMOUNT $150.00  APPLYING IFP _____ JUDGE Seitz  MAG. JUDGE Bandstra